THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Jeffrey
 Cooley, Appellant.
 
 
 

Appeal From Greenville County
  James W. Johnson, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-485
 Submitted August 1, 2008  Filed August
12, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  David Jeffrey Cooley was tried for and convicted of
 first-degree burglary and petit larceny.  He was sentenced to twenty years
 imprisonment for burglary and thirty days imprisonment for petit larceny, to
 be served concurrently.  Cooley appeals his conviction, arguing the circuit
 court erred in admitting a photograph depicting Cooley in handcuffs.  Cooleys
 counsel attached to the final brief a petition to be relieved as counsel
 pursuant to Anders v. California, 386 U.S. 738 (1967), stating she had
 reviewed the record and concluded this appeal lacked merit.  After a thorough
 review of the record, counsels brief, and Cooleys pro se brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Cooleys appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
KONDUROS, J., CURETON and
 GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.